# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Joyce Agbanobi
Plaintiff

v.

Berry, Appleman & Leiden LLP
dba BAL Immigration Services

Defendant

3:25-cv-3379

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Joyce Agbanobi

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Joyce Agbanobi, Michael R. Steinmark, Steckler Wayne & Love PLLC, and Berry, Appleman & Leiden LLP dba BAL Immigration Services

| | |
|---|---|
| Date: | 12/9/2025 |
| Signature: | /s/ Michael R. Steinmark |
| Print Name: | Michael R. Steinmark |
| Bar Number: | 24051384 |
| Address: | 12720 Hillcrest Road, Suite 1045 |
| City, State, Zip: | Dallas, Texas 75230 |
| Telephone: | 972-387-4040 |
| Fax: | 972-387-4041 |
| E-Mail: | michael@stecklerlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.