# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Joyce Agbanobi
Plaintiff

v.

Berry, Appleman & Leiden,
Defendant

3:25-cv-03379-S
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Berry Appleman & Leiden LLP

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Berry Appleman & Leiden, LLP - Defendant
Littler Mendelson, P.C., Barbi M. Lorenz and Anna C. Bookout- Counsel for Defendant
Columbia Casualty Company - Insurer for Defendant
Joyce Agbanobi- Plaintiff
Steckler Wayne & Love, PLLC, Michael R. Steinmark - Counsel for Plaintiff

| Date: | February 6, 2026 |
| Signature: | /s/ Barbi M. Lorenz |
| Print Name: | Barbi M. Lorenz |
| Bar Number: | 24102171 |
| Address: | 2001 Ross Avenue, Suite 1500 |
| City, State, Zip: | Dallas, TX  75201 |
| Telephone: | 214-880-8165 |
| Fax: | 214-880-0181 |
| E-Mail: | blorenz@littler.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons