# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOYCE AGBANOBI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3379-S |
| | § | |
| BERRY, APPLEMAN & LEIDEN LLP d/b/a | § | |
| BAL IMMIGRATION SERVICES | § | |

## ORDER SETTING INITIAL HEARING

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby sets this case for hearing on **February 25, 2026, at 2:30 p.m.** At least one counsel of record for each party shall be present. This hearing will be conducted in person.

The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f). The Court expects the parties to review its Judge Specific Requirements, located at: http://www.txnd.uscourts.gov/judge/district-judge-karen-gren-scholer. The parties are encouraged to email to Scholer_Orders@txnd.uscourts.gov a proposed **agreed** scheduling order at least three days before the hearing based on: http://www.txnd.uscourts.gov/sites/default/files/documents/ScholerSO.doc. If the parties' proposed agreed order deviates from the Court's standard form, they must submit a redlined version showing where the proposed order differs.

In-person attendance at the hearing is **mandatory** even if the parties submit a proposed agreed scheduling order. Per the Court's Judge Specific Requirements, any request to reschedule the hearing must be made by a written motion that demonstrates good cause, sets out all immovable conflicts for all attorneys of record, and includes a certificate of conference.

**SO ORDERED.**

SIGNED February 6, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**