# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOYCE AGBANOBI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3379-S |
| | § | |
| BERRY, APPLEMAN & LEIDEN LLP | § | |
| d/b/a BAL IMMIGRATION SERVICES | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

John B. Shipp
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
(214) 543 4095
john@shippadr.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED February 25, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**