# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JOYCE AGBANOBI,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:25-cv-03379-S** |
| **BERRY, APPLEMAN & LEIDEN LLP DBA BAL IMMIGRATION SERVICES,** | § § § | |
| **Defendant.** | § § § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Before the Court is the Joint Motion for Entry of Protective Order ("Protective Order") of Plaintiff Joyce Agbanobi and Defendant Berry, Appleman & Leiden LLP[1] (collectively "the Parties"). Disclosure and discovery activity in this action are likely to involve production of confidential, sensitive, and/or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted. Accordingly, the Parties believe a protective order for such information is justified in this matter and request that the Court enter the attached Protective Order.

---

[1] Defendant is incorrectly named as Berry, Appleman & Leiden LLP, dba BAL Immigration Services. Defendant's proper name is Berry Appleman & Leiden LLP. Defendant does not utilize the dba "BAL Immigration Services".

**JOINT MOTION FOR ENTER OF PROTECTIVE ORDER - PAGE 1**

Dated:  June 24, 2026

Respectfully Submitted,

/s/ *Michael R. Steinmark (by permission)*

/s/ *Barb M. Lorenz*

Michael R. Steinmark
State Bar No. 24051384
STECKLER WAYNE & LOVE, PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
michael@stecklerlaw.com

**ATTORNEYS FOR PLAINTIFF**

Barb M. Lorenz
Texas Bar No. 24102171
blorenz@littler.com
Anna C. Bookout
Texas Bar No. 24143858
abookout@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201.2931
Telephone:    214.880.8100
Facsimile:    214.880.0181

**ATTORNEYS FOR DEFENDANT**

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER - PAGE 2**